COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    United Parcel Service v. Terrica Barnes as next friend of K. C.

Appellate case number:   01-16-00805-CV

Trial court case number:  2008-54568

Trial court:            164th District Court of Harris County

On November 23, 2016, appellant's counsel filed a letter advising the court that the parties have agreed to mediate the appeal on February 1, 2017.

The deadline to conduct mediation is extended **until February 1, 2017**. Appellate deadlines for filing the record and the briefs shall continue to run in accordance with the Texas Rules of Appellate Procedure, subject to the filing of any motions for extension. *See* TEX. R. APP. P. 35.1, 38.6.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                 ⊠ Acting individually


Date: December 1, 2016